```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22908
   ALAN B BRESLOFF
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8314

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/06/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 02/29/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                            PAID             PAID
------------------------------------------------------------------------

ROUNDUP FUNDING LLC       UNSECURED          115.63           .00              .00
ROUNDUP FUNDING LLC       UNSECURED         7741.64           .00              .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC    19112.00           .00          1132.16
AMERICREDIT FINANCIAL SV  UNSECURED         3786.42           .00              .00
EMC MORTGAGE CORP         SECURED NOT I   NOT FILED           .00              .00
EMC MORTGAGE CORP         UNSECURED       NOT FILED           .00              .00
GREEN TREE SERVICING LLC  NOTICE ONLY     NOT FILED           .00              .00
GREEN TREE SERVICING LLC  CURRENT MORTG        .00            .00              .00
GREEN TREE SERVICING LLC  MORTGAGE ARRE    24146.35           .00              .00
HEAVNER SCOTT BEYERS & M  NOTICE ONLY     NOT FILED           .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00              .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED           .00              .00
AMERICAN EDUCATION SERVI  UNSECURED        52707.68           .00              .00
AMERICAN EDUCATION SERVI  UNSECURED         7777.74           .00              .00
ASSET ACCEPTANCE LLC      UNSECURED       NOT FILED           .00              .00
BANK ONE                  UNSECURED       NOT FILED           .00              .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00              .00
BLAIR CORPORATION         UNSECURED       NOT FILED           .00              .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED           .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED         1711.29           .00              .00
CAPITAL ONE               UNSECURED          449.24           .00              .00
CAPITAL ONE               UNSECURED          440.77           .00              .00
CHRYSLER CREDIT           UNSECURED       NOT FILED           .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED          332.86           .00              .00
CITIBANK STUDENT LOAN CO  UNSECURED       NOT FILED           .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED         1344.15           .00              .00
CITICORP SAVINGS          UNSECURED       NOT FILED           .00              .00
DEVON BANK                UNSECURED       NOT FILED           .00              .00
FEDERATED RETAIL HOLDING  UNSECURED       NOT FILED           .00              .00
FINGERHUT                 UNSECURED       NOT FILED           .00              .00
FIRST NATIONAL BANK       UNSECURED       NOT FILED           .00              .00
FIRST SELECT CORPORATION  UNSECURED       NOT FILED           .00              .00
GE CARD CO                UNSECURED       NOT FILED           .00              .00
GEMB GAP                  UNSECURED       NOT FILED           .00              .00
GEMB M WARD               UNSECURED       NOT FILED           .00              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22908 ALAN B BRESLOFF
```

```
HARRIS                     UNSECURED        NOT FILED              .00         .00
HARRIS BANK                UNSECURED        NOT FILED              .00         .00
HSBC NV                    UNSECURED        NOT FILED              .00         .00
HSBC/CARSONS               UNSECURED        NOT FILED              .00         .00
HSBC/COMP                  UNSECURED        NOT FILED              .00         .00
HSBC/WICKS                 UNSECURED        NOT FILED              .00         .00
ISAC                       UNSECURED         8010.14               .00         .00
JC PENNY                   UNSECURED        NOT FILED              .00         .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        NOT FILED              .00         .00
MARSHALL FIELD             UNSECURED        NOT FILED              .00         .00
MARSHALL FIELDS            UNSECURED        NOT FILED              .00         .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED              .00         .00
MITSUBISHI                 UNSECURED        NOT FILED              .00         .00
MONOGRAM BANK N AMERICA    UNSECURED        NOT FILED              .00         .00
NCO FINANCIAL SERVICES     UNSECURED        NOT FILED              .00         .00
NELNET LOANS               UNSECURED        NOT FILED              .00         .00
NELNET LOANS               UNSECURED        NOT FILED              .00         .00
PIER ONE IMPORTS           UNSECURED        NOT FILED              .00         .00
PLAINS COMMERCE BANK CRE   UNSECURED          905.80               .00         .00
RNB-FIELDS3                UNSECURED        NOT FILED              .00         .00
SEARS                      UNSECURED        NOT FILED              .00         .00
SHELL/CITI                 UNSECURED        NOT FILED              .00         .00
SHERMAN ACQUISTIONS        UNSECURED        NOT FILED              .00         .00
SPRINT                     UNSECURED        NOT FILED              .00         .00
COLUMBUS BANK & TRUST      UNSECURED        NOT FILED              .00         .00
TARGET                     UNSECURED        NOT FILED              .00         .00
US DEPT OF EDUCATION       UNSECURED        NOT FILED              .00         .00
WFNNB/TODAYS MAN           UNSECURED        NOT FILED              .00         .00
ASSET ACCEPTANCE LLC       UNSECURED            71.68              .00         .00
PLAINS COMMERCE BANK CRE   UNSECURED          1124.72              .00         .00
AMERICREDIT FINANCIAL SV   SECURED NOT I       .00                 .00         .00
LEGAL HELPERS PC           DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                           87.93
DEBTOR REFUND              REFUND                                           139.91

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,360.00

PRIORITY                                              .00
SECURED                                           1,132.16
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                87.93
DEBTOR REFUND                                      139.91
                         ---------------       ---------------
TOTALS                   1,360.00               1,360.00

                PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22908 ALAN B BRESLOFF
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                 /s/ Tom Vaughn

Dated: 08/20/08                           _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE